UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 15-cv-00942-EMC<br><br>**AMENDED ORDER TO SHOW CAUSE; AND ORDER VACATING HEARING** |

On January 21, 2016, the initial case management conference in the above-referenced case was held. *See* Docket No. 49 (minutes). Plaintiff failed to appear. Based on Defendants' representation that Plaintiff had failed to respond to phone calls and correspondence, the Court indicated that Defendants could file a motion to dismiss for lack of prosecution and noncooperation. The Court noted that, if Plaintiff failed to respond to the motion to dismiss, then the Court would issue an order to show cause as to why the case should not be dismissed for lack of prosecution. *See* Docket No. 49 (minutes).

On March 11, 2016, Defendants filed and served (by mail) their motion to dismiss for failure to prosecute. *See* Docket No. 51 (Mot. at 1) (asserting that Plaintiff "has failed to meet and confer with Defendants regarding early settlement, ADR process selection, and a discovery plan . . . [;] failed to file an ADR Certification[;] failed to serve initial disclosures or file a Rule 26(f) report[;] failed to file a case management conference statement[;] and failed to appear at the [prior] Motion to Dismiss hearing and the Initial Case Management Conference"). As Defendants served their motion by mail, Plaintiff's opposition to the motion was due on March 28, 2016. *See* Civ. L.R. 7-3(a) (providing that an "opposition must be filed and served not more than 14 days after the motion was filed"); Fed. R. Civ. P. 6(d) (providing that, "[w]hen a party may or must act

within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)"). Plaintiff failed to file an opposition by that date.

In light of Plaintiff's failure to file an opposition, the Court shall proceed – at indicated in the minute order for the initial case management conference – as follows. **Plaintiff is hereby ordered to show cause as to why his case should not be dismissed for failure to prosecute. Plaintiff's response to this order to show cause shall be filed and served by May 6, 2016. If Plaintiff fails to file a response to this order to show cause by that date, then the Clerk of the Court shall automatically dismiss this case, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court shall also close the file in the case. This Amended Order to Show Cause is issued since the original OSC was sent to Plaintiff to an incorrect address on April 4, 2016.**

In the meantime, the hearing on Defendant's motion to dismiss, which was set for April 21, 2016, is hereby **VACATED.**

**IT IS SO ORDERED**.

Dated: April 19, 2016

_____
EDWARD M. CHEN
United States District Judge

2