UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00942-EMC<br><br>**ORDER RE PLAINTIFF'S LETTER DATED MAY 24, 2016**<br><br>Docket No. 58 |

　　　　Plaintiff has filed a letter with the Court, asking, in effect, for it to assist him in obtaining discovery from Defendants. At this juncture, the Court shall not grant Plaintiff any relief. Plaintiff has failed to establish that he served discovery requests on Defendants and that Defendants refused or otherwise failed to provide discovery. *See, e.g.*, Fed. R. Civ. P. 34(b)(2)(A) (providing that "[t]he party to whom the request [for documents] is directed must respond in writing within 30 days after being served"). Furthermore, even if Defendants did fail to provide discovery, Plaintiff has not shown that he met and conferred with Defendants in the attempt to resolve the discovery dispute without the need for judicial intervention. *See* Fed. R. Civ. P. 37(a)(1) (providing that a party may move for an order compelling disclosure or discovery but that the "motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court"). Accordingly, the Court denies Plaintiff's request for relief, but without prejudice.

///

///

///

///

The Court also advises Plaintiff to use as a reference *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, a copy of which was previously sent to him. The document includes, *inter alia*, a discussion on discovery.

This order disposes of Docket No. 58.

**IT IS SO ORDERED**.

Dated: June 7, 2016

_____
EDWARD M. CHEN
United States District Judge

2