UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00942-EMC<br><br>**ORDER RE PLAINTIFF'S LETTER DATED MAY 30, 2016**<br><br>Docket No. 60 |

　　　　The Court has received another letter from Plaintiff related to discovery. In essence, Plaintiff's letter contains interrogatories, document requests, requests for admission, etc. to which he seeks responses from Defendants. Consistent with the Court's prior order of June 7, 2016, *see* Docket No. 59 (order), the Court will not grant Plaintiff any relief at this juncture. Discovery is a process that takes place between the parties; a court becomes involved in the discovery process only where there is a discovery dispute that the parties cannot resolve after meeting and conferring in good faith. Plaintiff has failed to show (at least at this point) he has followed the Federal Rule of Civil Procedure in issuing discovery requests and that Defendants have refused to provide responses to any such discovery requests, even after the parties have met and conferred. The Court recommends that Plaintiff contact the Legal Help Center where he may seek advice to better understand the discovery process. (The Legal Help Center is not a part of the United States District Court; it is a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco.) Help is provided by appointment only. The appointment line is 415-782-8982.

///

///

///

The Court, however, advises Defendants that they should consider Plaintiff's letter to be formal discovery requests, particularly given Plaintiff's pro se status. The Court further advises Defendants that it expects them to take into account Plaintiff's pro se status in their dealings with him.

This order disposes of Docket No. 60.

**IT IS SO ORDERED**.

Dated: June 10, 2016

_____
EDWARD M. CHEN
United States District Judge