United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No.  15-cv-00942-EMC   (KAW)<br><br>**ORDER REGARDING LETTERS DATED 06/30/16 & 07/18/16**<br><br>Re: Dkt. No. 69, 70, 71 |

    Pro se Plaintiff Jamal Austin has filed three letters concerning purported discovery disputes. (Dkt. Nos. 69, 70, 71.) Plaintiff's filings do not comply with this Court's General Standing Order, available at http://www.cand.uscourts.gov/kaworders, which sets forth the manner and format in which parties are to present their discovery disputes to the Court. Accordingly, Plaintiff's requests are DENIED without prejudice.

    Plaintiff is again encouraged to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982. The Court has also adopted a manual for use by pro se litigants, which may be helpful to Plaintiff. This manual, and other free information, is available online at: http://cand.uscourts.gov/proselitigants.

    IT IS SO ORDERED.

Dated: 07/29/16

                                                    KANDIS A. WESTMORE
                                                  United States Magistrate Judge