LATHAM & WATKINS LLP
    Melanie M. Blunschi (Bar No. 234264)
    Anna E. Berces (Bar No. 287548)
    Morgan Whitworth (Bar No. 304907)
*melanie.blunschi@lw.com*
*anna.berces@lw.com*
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

Attorneys for Plaintiff Jamal Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMAL AUSTIN,<br><br>  Plaintiff,<br><br>v.<br><br>THE COUNTY OF ALAMEDA ET AL.,<br><br>  Defendants. | Case No.: 3:15-cv-00942-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**<br>AND RESETTING FURTHER CMC |

WHEREAS, on June 23, 2016, the Court set the deadline for completing the settlement conference in this case for October 21, 2016 (Dkt. No. 65);

WHEREAS, on August 19, 2016, the Court appointed the undersigned attorneys from Latham & Watkins LLP to represent Plaintiff Jamal Austin for the limited purpose of representing Plaintiff in the course of the settlement conference (Dkt. No. 78);

WHEREAS, on September 30, 2016, the parties stipulated to continue the settlement conference before Judge Elizabeth Laporte to a date beyond October 21, 2016 (Dkt. No. 86);

WHEREAS, the parties are conferring with Judge Laporte's chambers in order to determine a mutually agreeable alternative date for the settlement conference, but no date has yet been confirmed;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. The deadline for completing the settlement conference, currently set for October 21, 2016, is vacated.

2. The deadline for completing the settlement conference will be extended by an additional 120 days from the date this Order is entered.

DATED: October 21, 2016    By: /s/ Melanie M. Blunschi
**LATHAM & WATKINS LLP**
Melanie M. Blunschi
505 Montgomery St. Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
anna.berces@lw.com
*Attorneys for Plaintiff Jamal Austin*

DATED: October 21, 2016    By: /s/ Amy Leifur Halby
**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
Amy Leifur Halby
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Phone: (415) 353-0999
Fax: (415) 353-0990
ahalby@bfesf.com
*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** THE LAST DAY TO COMPLETE SETTLEMENT CONFERENCE IS 2/21/17. THE 11/8/16 CMC IS RESET FOR 3/7/17 AT 10:30 A.M. AN UPDATED JOINT CMC STATEMENT SHALL BE FILED BY 2/28/17.

DATED: 10/24/16

Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Rescheduling Order. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: October 21, 2016

/s/ Melanie M. Blunschi<br>
Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:15-cv-00942-EMC