1  LATHAM & WATKINS LLP
      Melanie M. Blunschi  (Bar No. 234264)
2     Anna E. Berces  (Bar No. 287548)
      Morgan Whitworth  (Bar No. 304907)
3  *melanie.blunschi@lw.com*
   *anna.berces@lw.com*
4  *morgan.whitworth@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, California 94111-6538
   Telephone:  (415) 391-0600
6  Facsimile:   (415) 395-8095

7  Attorneys for Plaintiff Jamal Austin

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  JAMAL AUSTIN,                    | Case No.: 3:15-cv-00942-EMC

12                Plaintiff,         | **JOINT NOTICE OF SETTLEMENT AND
                                     | JOINT STIPULATED REQUEST AND
13         v.                        | [P~~ROPO~~SED] ORDER TO RESET CASE
                                     | MANAGEMENT CONFERENCE**
14  THE COUNTY OF ALAMEDA ET AL.,

15                Defendants.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT NOTICE OF SETTLEMENT; JOINT STIP. REQ.
AND [PROPOSED] ORDER TO RESET CMC
Case No.: 3:15-cv-00942-EMC

1 **TO THIS HONORABLE COURT, PLEASE TAKE NOTICE** that the parties in the above-referenced matter have reached a settlement. By April 28, 2017, or as soon as the conditions of the settlement agreement have been fulfilled, the parties expect to file a stipulated dismissal with prejudice as to Plaintiff Jamal Austin's claims against all Defendants. The parties have agreed to suspend any interim deadlines in the case. Each party will bear its own fees and costs.

In addition, the parties respectfully request that the Case Management Conference currently scheduled for March 7, 2017, be reset for April 28, 2017, or a date thereafter that is conducive to the Court's calendar.

DATED: February 28, 2017          **LATHAM & WATKINS LLP**

By: /s/ Melanie M. Blunschi
    Melanie M. Blunschi  (Bar No. 234264)
    505 Montgomery St. Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
    melanie.blunschi@lw.com

*Attorneys for Plaintiff Jamal Austin*

DATED: February 28, 2017          **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: /s/ Amy Leifur Halby
    Amy Leifur Halby  (Bar No. 287216)
    The Waterfront Building
    2749 Hyde Street
    San Francisco, CA 94109
    Phone: (415) 353-0999
    Fax: (415) 353-0990
    ahalby@bfesf.com

*Attorneys for Defendants The County of Alameda, Deputy McBride and Deputy Nagy*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT NOTICE OF SETTLEMENT; JOINT STIP. REQ.
AND [PROPOSED] ORDER TO RESET CMC
Case No.: 3:15-cv-00942-EMC

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**    The Further CMC is reset for 4/27/2017 at 10:30 a.m. Joint Statement due 4/20/2017.

DATED: 2/28/17

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

Hon. Edward M. Chen
United States District Judge

**IT IS SO ORDERED AS MODIFIED**
*/s/ Edward M. Chen*
Judge Edward M. Chen

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Notice of Settlement.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED:  February 28, 2017

/s/ Melanie M. Blunschi
Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT NOTICE OF SETTLEMENT; JOINT STIP. REQ.
AND [PROPOSED] ORDER TO RESET CMC
Case No.: 3:15-cv-00942-EMC