LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
   Anna E. Berces (Bar No. 287548)
   Morgan Whitworth (Bar No. 304907)
*melanie.blunschi@lw.com*
*anna.berces@lw.com*
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff Jamal Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMAL AUSTIN,<br><br>        Plaintiff,<br><br>v.<br><br>THE COUNTY OF ALAMEDA ET AL.,<br><br>        Defendants. | Case No.: 3:15-cv-00942-EMC<br><br>**JOINT STIPULATED REQUEST AND [PRO~~P~~OSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE**<br><br>CURRENT DATE: April 27, 2017<br>PROPOSED NEW DATE: June 15, 2017<br>TIME: 10:30 a.m.<br>DEPT: Courtroom 5, 17th Floor<br>JUDGE: Edward M. Chen |

1  The undersigned parties hereby stipulate, and request that the Court order, that the Case Management Conference be continued pursuant to Civil L. R. 6-1(b) and 16-2(e).

**STIPULATION**

WHEREAS, on February 28, 2017, the Court granted the parties' order to reset the parties' Case Management Conference to April 27, 2017;

WHEREAS, the parties informed the Court that they have reached a settlement and are in the process of fulfilling the conditions of the settlement agreement;

WHEREAS, upon fulfilling the conditions of the settlement agreement, the parties expect to file a stipulated dismissal with prejudice as to Plaintiff Jamal Austin's claims against all Defendants;

WHEREAS, in in view of the pending settlement, the parties have agreed, pursuant to Civil Local Rule 6-2, to continue the Case Management Conference to June 15, 2017 at 10:30 a.m., or a date thereafter that is conducive to the Court's calendar;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the Case Management Conference currently set for April 27, 2017 shall be continued to June 15, 2017, and that the deadline for the Joint Case Management Statement be continued accordingly.

| | | |
|---|---|---|
| DATED: April 20, 2017 | | **LATHAM & WATKINS LLP** |

By: /s/ Anna Berces
    Anna Berces (Bar No. 287548)
    505 Montgomery St. Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
    *anna.berces@lw.com*

*Attorneys for Plaintiff Jamal Austin*

DATED: April 20, 2017    **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: /s/ Michael Wenzel
    Michael Wenzel (Bar No. 215388)
    The Waterfront Building
    2749 Hyde Street
    San Francisco, CA 94109
    Phone: (415) 353-0999
    Fax: (415) 353-0990
    *mwenzel@bfesf.com*

*Attorneys for Defendants The County of Alameda, Deputy McBride and Deputy Nagy*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/24/17  _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. REQ. AND [PROPOSED] ORDER TO
RESET CMC
Case No.: 3:15-cv-00942-EMC

# SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Notice of Settlement. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Anna Berces, attest that concurrence in the filing of this document has been obtained.

DATED: April 20, 2017

/s/ Anna Berces
Anna E. Berces