1 | LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
2 |    Anna E. Berces (Bar No. 287548)
   Morgan Whitworth (Bar No. 304907)
3 | *melanie.blunschi@lw.com*
*anna.berces@lw.com*
4 | *morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
5 | San Francisco, California 94111-6538
Telephone: (415) 391-0600
6 | Facsimile: (415) 395-8095

7 | Attorneys for Plaintiff Jamal Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMAL AUSTIN, | Case No.: 3:15-cv-00942-EMC |
|---|---|
| Plaintiff, | **JOINT STIPULATED REQUEST AND [PRO~~PO~~SED] ORDER TO RESET CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE COUNTY OF ALAMEDA ET AL., | CURRENT DATE: June 15, 2017<br>PROPOSED NEW DATE: July 20, 2017 |
| Defendants. | TIME: 10:30 a.m.<br>DEPT: Courtroom 5, 17th Floor<br>JUDGE: Edward M. Chen |

| | |
|---|---|
| 1 | The undersigned parties hereby stipulate, and request that the Court order, that the Case Management Conference be continued pursuant to Civil L. R. 6-1(b) and 16-2(e). |

**STIPULATION**

WHEREAS, on April 24, 2017, the Court granted the parties' order to reset the parties' Case Management Conference to June 15, 2017;

WHEREAS, the parties have reached a settlement and have fulfilled the conditions of the settlement agreement;

WHEREAS, the parties' counsel understand that Plaintiff Jamal Austin recently attempted to file a Notice of Dismissal of his claims against all Defendants, but apparently was unsuccessful;

WHEREAS, Plaintiff's settlement counsel are attempting to communicate with Plaintiff regarding this attempt to file the Notice of Dismissal;

WHEREAS, in in view of the settlement, the parties have agreed, pursuant to Civil Local Rule 6-2, to continue the Case Management Conference to July 20, 2017 at 10:30 a.m., or a date thereafter that is conducive to the Court's calendar;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the Case Management Conference currently set for June 15, 2017 shall be continued to July 20, 2017, and that the deadline for the Joint Case Management Statement be continued accordingly.

| | | |
|---|---|---|
| 1 | DATED: June 8, 2017 | **LATHAM & WATKINS LLP** |
| 2 | | By: /s/ Anna Berces |
| 3 | | Anna Berces  (Bar No. 287548)<br>505 Montgomery St. Suite 2000<br>San Francisco, CA 94111 |
| 4 | | Telephone: (415) 391-0600 |
| 5 | | Facsimile: (415) 395-8095<br>*anna.berces@lw.com* |
| 6 | | *Attorneys for Plaintiff Jamal Austin* |
| 7 | DATED: June 8, 2017 | **BERTRAND, FOX, ELLIOT, OSMAN &** |
| 8 | | **WENZEL** |
| 9 | | By: /s/ Michael Wenzel |
| 10 | | Michael Wenzel  (Bar No. 215388)<br>The Waterfront Building |
| 11 | | 2749 Hyde Street |
| 12 | | San Francisco, CA 94109<br>Phone: (415) 353-0999 |
| 13 | | Fax: (415) 353-0990<br>*mwenzel@bfesf.com* |
| 14 | | |
| 15 | | *Attorneys for Defendants The County of Alameda,*<br>*Deputy McBride and Deputy Nagy* |

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Notice of Settlement.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Anna Berces, attest that concurrence in the filing of this document has been obtained.

DATED:  June 8, 2017

/s/ Anna Berces
Anna E. Berces

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. REQ. AND [PROPOSED] ORDER TO
RESET CMC
Case No.: 3:15-cv-00942-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The further CMC is set for 7/20/17 at 10:30 a.m. An updated joint CMC statement shall be filed by 7/13/17.

DATED: 6/13/17



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen